**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin A. RIDEOUT, a/k/a JD,
Defendant–Appellant.**

No. 09–7789.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 27, 2010.

Kevin A. Rideout, Appellant Pro Se.
Sherry L. Muncy, Office of the United
States Attorney, Clarksburg, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and
KING and AGEE, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kevin A. Rideout seeks to appeal the
district court's orders accepting the recommendation of the magistrate judge and
denying relief on his 28 U.S.C.A. § 2255
(West Supp.2009) motion and denying his
motion to reconsider. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2006). A certificate of
appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2006). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any dispositive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d
676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Rideout has not made the requisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*